DARLENE C. VIGIL
State Bar No. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
edcaecf@BDFGroup.com
File No. 00000005837505

Attorneys for Movant
WELLS FARGO BANK, N.A.

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>JOHN IVAN PADJEN<br>aka John I. Padjen<br>aka John Padjen<br><br>ROBERTA ANN PADJEN<br>aka Roberta A. Padjen<br>aka Roberta Padjen<br><br>Debtors. | CASE NO.: 16-20438-7<br>CHAPTER: 7<br>DC NO.: EAT-1<br><br>ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: February 27, 2017<br>TIME: 10:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 28, Dept. A, 7th Floor<br>501 I Street<br>Sacramento, CA |

    The Motion for Relief From the Automatic Stay filed by WELLS FARGO BANK, N.A., ("Movant") came on regularly for hearing by the Court on the date, time and place set forth above, the Honorable Michael S. McManus, United States Bankruptcy Judge presiding.

    For the reasons set forth on the record and in the minutes of the proceedings,

RECEIVED
March 20, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006007189

1
ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

IT IS ORDERED, ADJUDGED AND DECREED that the motion is granted pursuant to 11 U.S.C. § 362(d)(1) and 11 U.S.C. § 362(d)(2) to permit Movant to conduct a nonjudicial foreclosure sale and to obtain possession of the subject property commonly known as 704 VINE AVE., ROSEVILLE CA 95678-4029 in accordance with applicable law, following sale.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the Movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the motion is granted under 11 U.S.C. § 362 (d)(4). If recorded in compliance with applicable state laws governing notices of interests or liens in real property, the order is binding and effective in any other case under this title purporting to affect the subject property filed no later than two (2) years after the date of the entry of the order by the court, except that a debtor in a subsequent case filed under any other Chapter of Title 11 may move for relief from the terms of this order based upon changed circumstances or for good cause shown, after notice and hearing.

ORDERED, ADJUDGED AND DECREED that the 14−day stay of Fed. R. Bankr. P. 4001(a)(3) is not waived. That period, however, shall run concurrently with the 7-day period specified in Cal. Civ. Code § 2924g (d) to the extent section 2924g (d) is applicable to orders terminating the automatic stay. No other relief is awarded.

Dated: March 21, 2017

By the Court

Michael S. McManus
United States Bankruptcy Judge

ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY